IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DONALD ORESTE ROYALE, ) | |
| ID # 1127647, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:04-CV-1448-K |
| ) | ECF |
| NATHANIEL QUARTERMAN, ) | |
| Director, Texas Department of ) | |
| Criminal Justice, Correctional ) | |
| Institutions Division, ) | |
| ) | |
|     Respondent. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Petitioner's Objections to the Findings, Conclusions and Recommendations, filed on July 3, 2007, are **OVERRULED**.

Further, Petitioner's Motion for Hearing, filed on June 26, 2007, is hereby **DENIED**.

SIGNED this 9th day of July, 2007.

*/s/ Ed Kinkeade*

ED KINKEADE
UNITED STATES DISTRICT JUDGE